

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00636-CV

Margaret Ann **STRICKHAUSEN**,
Appellant

v.

**PETROHAWK OPERATING COMPANY** n/k/a BHP Billiton Petroleum (TxLa) Operating
Company; Petrohawk Properties, LP n/k/a BHP Billiton Petroleum Properties (N.A.), LP;
Segundo Navarro Drilling, Ltd.; First Rock I, LLC; EF Non-Op, LLC;
and CEU Hawkville, LLC n/k/a South Texas Shale, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00130-CVL
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's amended order on motions for summary judgment granting summary judgment in favor of the appellees on the affirmative defense of ratification as it relates to the no pooling clause of the lease is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant recover her costs of this appeal from appellees.

SIGNED April 24, 2019.

Sandee Bryan Marion, Chief Justice